```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 2 5 2011

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANITA VALENZUELA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIME FINANCIAL SERVICES, LTD. et al., )<br>)<br>Defendants. )<br>_____ ) | 3:10-cv-00502-RCJ-VPC<br><br>ORDER |

Plaintiff sued Defendants over the foreclosure of her mortgage. The Court previously denied a motion to remand and granted in part motions to dismiss and for summary judgment, dismissing all claims except that for statutorily defective foreclosure under Nevada Revised Statutes section 107.080(2)(c). (*See* Order, Jan. 20, 2011, ECF No. 23). The Court stayed foreclosure and eviction for 100 days, requiring Defendants to enter into good-faith mediation, and requiring Plaintiff to make interim payments. (*See id.*). Plaintiff moved for the Court to reconsider, and the parties have submitted a stipulation to vacate the portion of the Order requiring mediation and interim payments, because Plaintiff denies that any Defendant has authority to modify the mortgage and therefore refuses to enter into the ordered mediation or to make interim payments. (*See* Stip., Feb. 14, 2011, ECF No. 29).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 24) is DENIED.

IT IS FURTHER ORDERED that the case is DISMISSED for failure to comply with the Court's Order. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated this 25th day of February, 2011.

_____
ROBERT C. JONES
United States District Judge